JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALONSO HERNANDEZ RIVAS, | CASE NO. CV 09-8240-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed.

DATED:   January 19, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd